UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

LISA BARROWS, on her own
behalf and others similarly situated,

    Plaintiff,

v.

THE HOFFMAN COMMERCIAL GROUP,
INC. d/b/a HOFFMAN'S CHOCOLATES,
and
BBX SWEET HOLDINGS, LLC
d/b/a HOFFMAN CHOCOLATES

    Defendants.
_____/

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF FLORIDA:

    Defendants THE HOFFMAN COMMERCIAL GROUP, INC. and BBX SWEET HOLDINGS, LLC hereby give this Notice of Removal of an action pending in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, styled *Lisa Barrows, on her own behalf and others similarly situated v. The Hoffman Commercial Group, Inc. d/b/a Hoffman's Chocolates, and BBX Sweet Holdings, LLC d/b/a Hoffman's Chocolates,* Case No. 50-2017-CA-004030-XXXX-MB, to the United States District Court for the Southern District of Florida, being the District within which that action is presently pending. As grounds for the removal, Defendants state as follows:

    1.    This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441(a) and 1446(b). Defendants remove this case on the grounds of federal question jurisdiction, 28 U.S.C. §1331.

2. On April 11, 2017, Plaintiff filed a complaint in the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

3. Plaintiff attempted to serve Defendants via a registered agent, Corporate Creations, on April 13, 2017. However, on that date, Corporate Creations was no longer the registered agent for Defendants as Defendants had changed their registered agent to the law firm of Stearns Weaver Miller effective March 21, 2017. Thus, the attempted service was ineffective. In discussions with Plaintiff's counsel on May 5, 2017, Defendants agreed to accept service of the complaint. Thus, this notice of removal is timely filed.

4. Plaintiff brings her Complaint pursuant to the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* to recover alleged unpaid overtime, liquidated damages, and attorneys' fees and costs. *See* Tab A, Pl. Complaint ¶¶ 1-6, 14-17, 22, 24, 29, 35, 36, 39, 42.

5. Pursuant to 28 U.S.C. §1331, the district court has original jurisdiction of all civil actions arising under laws of the United States. The Fair Labor Standards Act is a law of the United States.

6. A copy of this Notice of Removal, along with a separate State Court Notice of Removal has been filed with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit and served on Plaintiff.

7. Defendants attach hereto, and file simultaneously herewith, copies of all process, pleadings and orders served upon them in this action, which attachments include, upon information and belief, all process, pleadings and orders currently maintained in the state court file. *See* Tab A (Pl. Complaint) and Tab B.

8. Both Defendants named in the Complaint join in this Notice of Removal and each Defendant consents to the removal of this action to the United States District Court for the

Southern District of Florida.

WHEREFORE, Defendants The Hoffman Commercial Group, Inc. and BBX Sweet Holdings, LLC give notice that the above-described case now pending in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida is removed therefrom to this Court.

Date: May 12, 2017
                                            s/Kara S. Nickel_____
Kara S. Nickel (Florida Bar No. 175188)
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 789-3226
Facsimile: (305) 789-2645
Email: knickel@stearnsweaver.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by e-mail on May 12, 2017 on all counsel parties or parties of record on the Service List below.

                                            s/ Kara Nickel_____
                                            KARA NICKEL

## SERVICE LIST

Steven L. Schwarzberg (Florida Bar No. 0306134)
steve@schwarzberglaw.com
Lisa M. Kohring (Florida Bar No. 93781)
lkohring@schwarzberglaw.com
SCHWARZBERG & ASSOCIATES
625 N. Flagler Drive, Suite 600
West Palm Beach, Florida 33401
Phone: 561.659.3300
Fax:    561.693.4540
*Attorneys for Plaintiff*

#5715306